STATE of Missouri, Plaintiff/Respondent,

v.

Roger BRUZAITUS, Defendant/Appellant.

Roger BRUZAITUS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 61980, 64047.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

A jury convicted defendant of one count of possession of a controlled substance and one count of unlawful use of a weapon, in violation of §§ 195.202 and 571.030.1(4), RSMo Cum Supp.1993. Also, it convicted him of one count of resisting arrest, in violation of § 575.150, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).